FILED

10/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0355

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0355

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

COREY JACK ELTON,

      Defendant and Appellant.

## ORDER

Upon consideration of Counsel's motion to dismiss the above-entitled cause due to Appellant's death, and good cause appearing,

IT IS HEREBY ORDERED that the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 27 2021